Carlos CANNON, Plaintiff–Appellant,

v.

Chief LONGO; Sergeant Brown; Sergeant Noon; Wallace, Cpl.; Stevenson, Officer; Superintendent, Defendants–Appellees.

No. 11–6330.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 16, 2011.

Decided: June 21, 2011.

Carlos Cannon, Appellant pro se. John Francis Breads, Jr., Hanover, Maryland, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Cannon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Cannon's motion for appointment of counsel and affirm for the reasons stated by the district court. *Cannon v. Longo,* No. JFM–10–1089, 2011 WL 709847 (D.Md. Feb. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*